**Bernard P. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. ED 105127

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: November 21, 2017

FOR APPELLANT: Amy E. Lowe, 1010 Market St., Suite 1100, St. Louis, MO 63101.

For Respondent: JOSHUA D. HAWLEY, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102.

Before Lisa P. Page, P.J., Roy L. Richter, J., and Philip M. Hess, J.

### ORDER

PER CURIAM

Bernard Johnson ("Movant") appeals from the motion court's judgment denying his Rule 29.15 motion for post-conviction relief, without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).